# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>        Petitioner,<br><br>v.<br><br>C. PFEIFFER, Warden,<br><br>        Respondent. | ) Case No.: 1:16-cv-01276-JLT (HC)<br>)<br>) ORDER TO SHOW CAUSE WHY ACTION<br>) SHOULD NOT BE DISMISSED FOR FAILURE TO<br>) COMPLY WITH A COURT ORDER<br>)<br>)<br>)<br>) |

On September 14, 2016, the Court screened the petition for writ of habeas corpus and dismissed it for failure to state a claim for relief. The Court directed Petitioner to file an amended petition within thirty days. The time has passed and Petitioner not responded. The Court warned the petitioner that his failure to comply could result in the dismissal of this action.

Accordingly, **within fourteen days** of the date of service of this order, Petitioner **SHALL** show cause in writing why the action should not be dismissed for failure to follow a court order. **Petitioner is advised that his failure to comply will result in the Court dismissing this action pursuant to Local Rule 110.**

IT IS SO ORDERED.

    Dated: __October 20, 2016__                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE